# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                                 **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                                    **GREENBELT, MARYLAND 20770**
                                                                                                                                       **301-344-0052**

## M E M O R A N D U M

TO:           Counsel of Record

FROM:       Judge Roger W. Titus

RE:           *United States of America v. Charleston Harris, et al.*
                  Criminal No. RWT-15-0548

DATE:        November 20, 2015

* * * * * * * * *

At the request of counsel for Defendant Harris, the telephone status conference currently scheduled for November 24, 2015 at 4:30 p.m. is hereby **RESCHEDULED** to **November 20, 2015 at 11:30 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                           _____/s/_____
                                                           Roger W. Titus
                                                           United States District Judge