# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *United States of America v. Charleston Harris, et al.*  
Criminal No. RWT-15-0548

DATE: November 20, 2015

\* \* \* \* \* \* \* \* \*

At the request of counsel for Defendant Harris, the telephone status conference currently scheduled for November 24, 2015 at 4:30 p.m. is hereby **RESCHEDULED** to **November 20, 2015 at 11:30 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge